# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| **MARK LETART**, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**UNION CARBIDE CORPORATION**,<br><br>*Defendant*. | Case No.: 2:19-cv-877<br>Hon. Joseph Robert Goodwin, Judge |

## STIPULATION TO DISMISS ACTION WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Mark Letart and Defendant Union Carbide Corporation, by and through their undersigned counsel, hereby stipulate that all claims brought by Plaintiff against Defendant are hereby dismissed with prejudice, with each party to bear its own fees and costs.

The parties further agree that this dismissal does not affect any party's rights or any of the pending motions in *Sommerville v. Union Carbide Corporation, et al.*, Civil Action No. 2:19-cv-878.

Respectfully submitted this 19th day of September, 2023.

**Prepared by:**

*/s/ Mark E. Troy*
Mark E. Troy, Esq. (WV Bar I.D. No. 6678)
MORGAN & MORGAN
222 Capitol Street, Suite 200A
Charleston, WV 25301
Telephone:  (304) 345-1122
Facsimile:  (304) 414-5692
mtroy@forthepeople.com
**Counsel for Plaintiff**

129539125.1

**Agreed to by:**

*/s/Patricia M. Bello*
R. Scott Masterson, Esq. (WV Bar I.D. No. 10730)
Patricia M. Bello, Esq. (WV Bar I.D. No. 11500)
LEWIS BRISBOIS BISGAARD & SMITH LLP
707 Virginia Street E, Suite 1400
Charleston, WV  25301
Telephone:  (304) 553-0166
Scott.masterson@lewisbrisbois.com
Patricia.bello@lewisbrisbois.com

John L. Ewald, Esq. (Admitted PHV)
Kristen Fournier, Esq. (Admitted PHV)
KING & SPALDING LLP
1185 6th Ave.
New York, NY 10036
Telephone: 212-556-2100
jewald@kslaw.com
kfournier@kslaw.com

*Counsel for Union Carbide Corporation*

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

| | |
|---|---|
| MARK LETART, individually, and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br><br>v.<br><br>UNION CARBIDE CORPORATION,<br><br>                       Defendant. | CASE NO.: 2:19-CV-00877<br><br>CLASS ACTION |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19, 2023, a true and correct copy of the foregoing, STIPULATION TO DISMISS ACTION WITH PREJUDICE, was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                  BY:  /s/ *Mark E. Troy*
                                                            Mark E. Troy
                                                            WV Bar ID No. 6678
                                                            MORGAN & MORGAN, P.A.
                                                            222 Capitol Street, Suite 200A
                                                           Charleston, WV 25301
                                                           Telephone: (304) 345-1122
                                                           Facsimile: (304) 414-5692
                                                           mtroy@forthepeople.com
                                                           *Attorney for the Plaintiff and*
                                                           *the Putative Class*